# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VICKI COCO,**

       **Plaintiff,**

**v.**                                                            Case No:   6:16-cv-283-Orl-22KRS

**BLUESTEM BRANDS, INC.,**

       **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been settled (Doc. No. 11). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 28, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record